IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **17-22757** |
| **NICHOLAS D. SOLOSKY** | : | |
| **LAUREN F. SOLOSKY** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **NICHOLAS D. SOLOSKY** | : | |
| **LAUREN F. SOLOSKY** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Russell A. Burdelski, Esquire 72688   PA**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

UPMC

2 Hot Metal St, Dist. Room 386

Pittsburgh, PA 15203

By:  **/s/ Russell A. Burdelski, Esquire**
  Signature
  **Russell A. Burdelski, Esquire 72688   PA**
  Typed Name
  **1020 PERRY HIGHWAY**
  **Pittsburgh, PA 15237**
  Address
  **(412) 366-1511 Fax:(412) 366-1711**
  Phone No.
  **72688   PA**
  List Bar I.D. and State of Admission