**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| <u>Nicholas & Lauren Solosky</u> ) | Hearing Date  1/17/18 |
| ) | Hearing Time@10:00am |
| Nicholas & Lauren Solosky ) | Case No. 17-22757-CMB |
| Debtor/Movant ) | Chapter 13 |
| v. ) | Response due date: 12/26/17 |
| MIDLAND FUNDING ) | RAB-1 |
| Creditor/Respondent ) | Filed under Local Bankr. |
| ) | Rule 9013.4  6(a) |

**CERTIFICATE OF NO OBJECTION
ON THE DEBTOR'S MOTION TO AVOID THE JUDICIAL LIEN
OF MIDLAND FUNDING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 12/06/17_ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ____12/26/17____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Respectfully submitted,

BURDELSKI LAW OFFICES

DATE__12/27/17              __/s/Russell A. Burdelski, Esquire_____
R. Burdelski, Esquire
Burdelski Law Offices
1020 Perry Highway
Pittsburgh, PA 15237
atyrusb@choiceonemail.com
(412) 364-1511
PA I.D. # <u>72688</u>