IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br>    Nicholas & Lauren Solosky ) <br> ) <br> Nicholas & Lauren Solosky ) <br>    Debtor/Movant ) <br> v. ) <br> MIDLAND FUNDING ) <br>    Creditor/Respondent ) <br> ) | **ENTERED BY DEFAULT** <br> Hearing Date 1/17/18 <br> Hearing Time@10:00am <br> Case No. 17-22757-CMB <br> Chapter 13 <br> Response due date: 12/26/17 <br> RAB-1 <br> Filed under Local Bankr. <br> Rule 9013.4  6(a) <br> Related to Document No. 37 |

### ORDER TO AVOID JUDICIAL LIEN

The motion of Nicholas & Lauren Solosky, to avoid the judicial lien on real estate of the respondent MIDLAND FUNDING's is sustained.  The Lien is a judicial lien that impairs the debtor's exemption on the following real estate:

500 Stanford Avenue,

Pittsburgh, PA 15229.

Unless the Debtor's bankruptcy case is dismissed, the lien of the respondent, MIDLAND FUNDING is extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.  Debtor shall be permitted to take certified copies of this order and record them at the County Recorded of Deeds Office.

Dated___January 2_____ 20_18_

_Carlota M. Böhm_
U.S. Bankruptcy Judge     **kmt**

atyrusb@choiceonemail.com

FILED
1/2/18 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
```

In re:                                                              Case No. 17-22757-CMB
Nicholas D. Solosky                                                 Chapter 13
Lauren F. Solosky
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 1               Date Rcvd: Jan 02, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db/jdb        +Nicholas D. Solosky,   Lauren F. Solosky,   500 Stanford Avenue,   Pittsburgh, PA 15229-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2018 at the address(es) listed below:
         Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
          acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
         James  Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,   cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
          cnoroski@grblaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Russell A. Burdelski    on behalf of Joint Debtor Lauren F. Solosky atyrusb@choiceonemail.com
         Russell A. Burdelski    on behalf of Debtor Nicholas D. Solosky atyrusb@choiceonemail.com
                                                                                             TOTAL: 8