## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Nicholas & Lauren Solosky | ) | Chapter 13 |
| Debtor(s) | ) | Case Number 17-22757-CMB |
| | ) | |
| Nicholas & Lauren Solosky, Debtor(s) | ) | |

### CERTIFICATE OF SERVICE OF ORDER AVOIDING LIEN WITH MIDLAND FUNDING

I certify under penalty of perjury that I have served a copy of the Debtors Order Avoiding Lien with Midland Funding filed with this proceeding on January 5, 2018,

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

**Midland Funding**
c/o Encore Capital Group
Attn James Brandon Black, President
2365 Northside Drive, #300
San Diego, CA 92108

Executed on January 5, 2018

　　　　　　　　　　　　　　　　　　　　　___/s/Russell A. Burdelski, Esquire_
　　　　　　　　　　　　　　　　　　　　　R. Burdelski, Esquire
　　　　　　　　　　　　　　　　　　　　　Burdelski Law Offices
　　　　　　　　　　　　　　　　　　　　　1020 Perry Highway-
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15237
　　　　　　　　　　　　　　　　　　　　　(412) 366 - 1511
　　　　　　　　　　　　　　　　　　　　　atyrusb@choiceonemail.com
　　　　　　　　　　　　　　　　　　　　　PA I.D. # 72688

_____January 5, 2018_____DATE