**Form 149**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nicholas D. Solosky**
**Lauren F. Solosky**
**fka Lauren F. Lewandowski**
    Debtor(s)

Bankruptcy Case No.: 17–22757–CMB
Issued Per Dec. 21, 2017 Proceeding
Chapter: 13
Docket No.: 45 – 20, 28, 30, 34
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.)  *PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated November 30, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐  G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑  H.    Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.
The secured claim of First National Bank of PA at Claim No. 6 and Ally Bank at Claim No. 4 shall govern as to claim amount, to be paid at the modified plan terms.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)    *IT IS FURTHER ORDERED THAT:***

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: January 8, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 17-22757-CMB
Nicholas D. Solosky                                                        Chapter 13
Lauren F. Solosky
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel          Page 1 of 2          Date Rcvd: Jan 08, 2018
                             Form ID: 149        Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
```
db/jdb        +Nicholas D. Solosky,   Lauren F. Solosky,   500 Stanford Avenue,   Pittsburgh, PA 15229-1419
cr            +North Hills School District,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
               Frick Building,   Pittsburgh, PA 15219,   UNITED STATES 15219-6101
cr            +Township of Ross,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
               Frick Building,   Pittsburgh, PA 15219,   UNITED STATES 15219-6101
14665853      +1ST NATIONAL BANK,   4140 EAST STATE STREET,   Hermitage, PA 16148-3401
14665854      +AES,   PO BOX 61047,   Harrisburg, PA 17106-1047
14665856      +AMERICAN EXPRESS,   PO BOX 981537,   El Paso, TX 79998-1537
14727145       American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14665857      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: BANK OF AMERICA,   PO Box 982238,   El Paso, TX 79998)
14704065      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14665859       CAPITAL ONE,   PO BOX 30281,   Salt Lake City, UT 84130-0281
14665860      +CHASE /BANK ONE CARE SERVICE,   PO BOX 15298,   Wilmington, DE 19850-5298
14654306      +CHASE BANK,   PO BOX 15548,   Wilmington, DE 19886-5548
14665862      +CHASE CORPORATION,   PO BOX 24696,   Columbus, OH 43224-0696
14684094       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14665866      +DSNB/MACYS,   PO BOX 8218,   Monroe, OH 45050
14725023       Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
14665867      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: FIFTH THIRD BANK,   5050 KINGSLEY DR, MD #1MOC2G,
               Cincinnati, OH 45263)
14664914      +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
14671221       First National Bank of Pa,   41410 E. State Street,   Hermitage, PA 16148
14724306      +JD Receivables LLC,   Agent for KAY JEWELERS,   PO Box 382656,   Germantown, TN 38183-2656
14711456      +JPMorgan Chase Bank, National Association,   c/o Chase Records Center,
               ATTN: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14665870      +MOHELA/MECE CU,   633 SPIRIT DRIVE,   Chesterfield, MO 63005-1243
14665871       NORDSTROM/TD BANK,   PO BOX 135801,   Scottsdale, AZ 85267
14690557      +North Hills School District,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14665872      +PA HIGHER EDUCATION/AES,   PO BOX 61017,   Harrisburg, PA 17106-1017
14671087      +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
14665873      +PNC,   PO BOX 3180,   Pittsburgh, PA 15230-3180
14665879      +TD BANK/TARGET,   NCC-0240,   PO BOX 1470,   Minneapolis, MN 55440-1470
14690556      +Township of Ross,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14731680       UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14665855      +E-mail/Text: ally@ebn.phinsolutions.com Jan 09 2018 01:59:29    ALLY FINANCIAL,
               PO BOX 380901,   Minneapolis, MN 55438-0901
14666908       E-mail/Text: ally@ebn.phinsolutions.com Jan 09 2018 01:59:29    Ally Bank,   PO Box 130424,
               Roseville MN 55113-0004
14665858      +E-mail/Text: banko@berkscredit.com Jan 09 2018 01:59:40    BERKS CREDIT & COLLECTION,
               900 CORPORATE DRIVE,   Reading, PA 19605-3340
14665863      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 09 2018 02:02:51    CREDIT ONE BANK,
               PO BOX 98872,   Las Vegas, NV 89193-8872
14707390      +E-mail/Text: bankruptcy@cavps.com Jan 09 2018 02:00:31    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14665864      +E-mail/Text: electronicbkydocs@nelnet.net Jan 09 2018 02:00:14    DEPT OF EDUCATION,
               3015 PARKER ROAD,   STE 400,   Aurora, CO 80014-2904
14665865       E-mail/Text: mrdiscen@discover.com Jan 09 2018 01:59:29    DISCOVER FINANCIAL SERVICES,
               PO BOX 15316,   Wilmington, DE 19850-5316
14658240       E-mail/Text: mrdiscen@discover.com Jan 09 2018 01:59:29    Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14728467      +E-mail/Text: kburkley@bernsteinlaw.com Jan 09 2018 02:00:51    Duquesne Light Company,
               c/o Allison L. Carr,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14665868      +E-mail/Text: BKRMailOPS@weltman.com Jan 09 2018 01:59:43    KAY JEWELERS,   375 GHENT ROAD,
               Akron, OH 44333-4600
14710774       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2018 02:03:19
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14707957       E-mail/Text: bkr@cardworks.com Jan 09 2018 01:59:27    MERRICK BANK,
               Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14665869      +E-mail/Text: bkr@cardworks.com Jan 09 2018 01:59:27    MERRICK BANK,   PO BOX 1500,
               Draper, UT 84020-1500
14720697      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 09 2018 02:00:06    MIDLAND FUNDING LLC,
               PO BOX 2011,   WARREN, MI 48090-2011
```

```
District/off: 0315-2          User: jhel              Page 2 of 2          Date Rcvd: Jan 08, 2018
                              Form ID: 149            Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14701891        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2018 02:31:31
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14654895       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2018 02:16:15
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14665874       +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2018 02:03:14      SYNCB/AMAZONPLCC,    PO BOX 965015,
                Orlando, FL 32896-5015
14665875       +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2018 02:03:14      SYNCB/HOME DESIGN HVAC,
                PO BOX 965036,   Orlando, FL 32896-5036
14665876       +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2018 02:03:40      SYNCB/JC PENNEY,   PO BOX 965007,
                Orlando, FL 32896-5007
14665877       +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2018 02:03:40      SYNCB/OLD NAVY,   PO BOX 965005,
                Orlando, FL 32896-5005
14665878       +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2018 02:02:50      SYNCB/WALMART,   PO BOX 965024,
                Orlando, FL 32896-5024
14735283       +E-mail/Text: bncmail@w-legal.com Jan 09 2018 02:00:19      TD BANK USA, N.A.,
                C/O Weinstein & Riley P.S.,   2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
14665880       +E-mail/Text: csr@theaffiliatedgroup.com Jan 09 2018 02:00:57      THE AFFILIATED GROUP,
                7381 AIRPORT DRIVE SW,   Rochester, MN 55902-1875
14673755       +E-mail/Text: electronicbkydocs@nelnet.net Jan 09 2018 02:00:14      U.S. Department of Education,
                C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
14737301       +E-mail/Text: BankruptcyNotice@upmc.edu Jan 09 2018 02:00:43      UPMC,
                2 Hot Metal St., Dist. Rmoom 386,   Pittsburgh, PA 15203-2348
                                                                                       TOTAL: 25

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
cr*          +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14665861*    +CHASE BANK,   PO BOX 15548,   Wilmington, DE 19886-5548
14678106*    +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
                                                                         TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
          Allison L. Carr   on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,
          acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Township of Ross jhunt@grblaw.com,   cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   North Hills School District jhunt@grblaw.com,
          cnoroski@grblaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski   on behalf of Joint Debtor Lauren F. Solosky atyrusb@choiceonemail.com,
          Russell A. Burdelski   on behalf of Debtor Nicholas D. Solosky atyrusb@choiceonemail.com
                                                                                       TOTAL: 8
```