UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **NICHOLAS & LAUREN SOLOSKY** ) | Case No. 17-22757-CMB |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| _____ ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire ) | RAB-5 |
| Applicant ) | Hearing Date _2/14/18@_10:00am |
| ) | |
| ) | Response Due 1/08/18 |
| No Respondent ) | |
| | Related to Document No. 39 |

# ENTERED BY DEFAULT

ORDER OF COURT

AND NOW, to wit, this __10th__ day of __January__, 20 18

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved in the amount of $_1,973.63____, which represents $1,925.00_ in attorney's fees and $_48.63__ in costs for the time period of 1/30/17 to 12/21/17. Debtor's counsel has already been approved to be paid $4000.00 to date (*i.e. $1,000.00 retainer and $3000 through the plan*), and the balance of $1,973.63 remains and shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13 Plan. Thus, the grand total of all fees and costs thus far are as follows: $1,000.00 + $3,000.00 + $1,973.63 = $5,973.63.

By the Court

*Carlota M. Böhm*
United States Bankruptcy Judge

kmt

FILED
1/10/18 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Nicholas D. Solosky
Lauren F. Solosky
    Debtors

Case No. 17-22757-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Jan 10, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
db/jdb      +Nicholas D. Solosky,  Lauren F. Solosky,   500 Stanford Avenue,   Pittsburgh, PA 15229-1419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
          Allison L. Carr   on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,
           acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
          James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Township of Ross jhunt@grblaw.com,   cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   North Hills School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski   on behalf of Joint Debtor Lauren F. Solosky atyrusb@choiceonemail.com
          Russell A. Burdelski   on behalf of Debtor Nicholas D. Solosky atyrusb@choiceonemail.com
                                                                           TOTAL: 8