**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-22757-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Nicholas D. Solosky
500 Stanford Avenue
Pittsburgh PA 15229

Lauren F. Solosky
500 Stanford Avenue
Pittsburgh PA 15229

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/29/2018.

Name and Address of Alleged Transferor(s):

Claim No. 8: PHEAA, PO BOX 8147, HARRISBURG PA  17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/01/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nicholas D. Solosky  
Lauren F. Solosky  
      Debtors

Case No. 17-22757-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: May 30, 2018  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.  
14671087     +PHEAA,     PO BOX 8147,     HARRISBURG PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                      Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:

       Allison L. Carr     on behalf of Creditor     Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
       James Warmbrodt     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt     on behalf of Creditor     Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com  
       Jeffrey R. Hunt     on behalf of Creditor     North Hills School District jhunt@grblaw.com, cnoroski@grblaw.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
       Russell A. Burdelski     on behalf of Joint Debtor Lauren F. Solosky atyrusb@choiceonemail.com  
       Russell A. Burdelski     on behalf of Debtor Nicholas D. Solosky atyrusb@choiceonemail.com  
                                                                                                                                                                 TOTAL: 8