**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
NICHOLAS D. SOLOSKY                    Case No. 17-22757CMB
LAUREN F. SOLOSKY
      Debtor(s)
RONDA J. WINNECOUR,                    Chapter 13
Standing Chapter 13 Trustee,
      Movant
    vs.                                Document No __
JPMORGAN CHASE BANK NA

      Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 1494.

Regular mortgage payments are currently being directed to the following creditor at the following address:

    JPMORGAN CHASE BANK NA
    3415 VISION DR
    MAIL CODE OH4-7142
    COLUMBUS,OH 43219

Movant has been requested to send payments to:
    CARRINGTON MORTGAGE SERVICES
    SUITE 200-A
    ANAHEIM CA 92806

    1494

The Chapter 13 Trustee's CID Records of JPMORGAN CHASE BANK NA have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 12/13/2019.

cc:  Debtor
Original creditor
Putative creditor
Debtor's Counsel

<u>/s/ Ronda J. Winnecour</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>NICHOLAS D. SOLOSKY, LAUREN F. SOLOSKY, 500 STANFORD AVENUE, PITTSBURGH, PA  15229 | DEBTOR'S COUNSEL:<br>RUSSELL A BURDELSKI ESQ*, LAW OFFICES RUSSELL A BURDELSKI, 1020 PERRY HWY, PITTSBURGH, PA  15237 |
| :<br>CHASE RECORDS CENTER**, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA  71203 | ORIGINAL CREDITOR:<br>JPMORGAN CHASE BANK NA, 3415 VISION DR, MAIL CODE OH4-7142, COLUMBUS, OH  43219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | |
| NEW CREDITOR:<br>CARRINGTON MORTGAGE SERVICES SUITE 200-A<br>ANAHEIM CA 92806 | |