**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/03/2022

IN RE:

NICHOLAS D. SOLOSKY
LAUREN F. SOLOSKY
500 STANFORD AVENUE
PITTSBURGH, PA  15229
XXX-XX-9964          Debtor(s)

XXX-XX-9453

Case No.17-22757 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts\* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

\*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/3/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  AMAZON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 1030 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:28<br><br>CLAIM:  456.85<br>COMMENT:  NTC ONLY@DUQ LITE/PRAE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9964 |
| **PERITUS PORTFOLIO SERVICES***<br>PO BOX 141419<br><br>IRVING, TX  75014-1419 | Trustee Claim Number:3   INT %: 5.00%<br>Court Claim Number:6<br><br>CLAIM:  21,520.55<br>COMMENT:  $CL6GOVS@5%MDF/PL*FR 1ST NTL BNK-DOC 70 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 8231 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:4   INT %: 5.00%<br>Court Claim Number:4<br><br>CLAIM:  17,253.37<br>COMMENT:  $CL4GOVS@5%MDF/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 0775 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR**<br>C/O CARRINGTON MTG SERVICES LLC<br>PO BOX 79001<br><br>PHOENIZ, AZ  85062 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 8/17*FR JPMORGAN-DOC 63 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1788 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM:  0.00<br>COMMENT:  10013/PL~FORBEARANCE*3PA0/SCH*CL=9924.05*FR PHEAA-DOC 55 | CRED DESC:  UNSECURED   (S)<br>ACCOUNT NO.: 9964 |
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:27<br><br>CLAIM:  4,031.59<br>COMMENT:  5670/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM:  719.87<br>COMMENT:  9752/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6989 |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM:  4,102.96<br>COMMENT:  6099/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9232 |
| **BERKS CREDIT & COLLECTIONS INC*++**<br>PO BOX 329<br><br>TEMPLE, PA  19560 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9419 |

| Creditor | Claim Info | Description |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br><br> CHARLOTTE, NC  28272-1083 | Trustee Claim Number:11  INT %: 0.00% <br> Court Claim Number:9 <br><br> CLAIM: 2,521.72 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 1021 |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 15298 <br><br> WILMINGTON, DE  19850 | Trustee Claim Number:12  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: BANK ONE/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 6348 |
| **JPMORGAN CHASE BANK NA** <br> PO BOX 15298 <br><br> WILMINGTON, DE  19850 | Trustee Claim Number:13  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE** <br> C/O RESURGENT CAPITAL SVCS <br> POB 10587 <br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:14  INT %: 0.00% <br> Court Claim Number:18 <br><br> CLAIM: 721.05 <br> COMMENT: 6565/SCH*CREDIT ONE BANK | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 0956 |
| **US DEPARTMENT OF EDUCATION** <br> C/O NELNET <br> PO BOX 2837 <br><br> PORTLAND, OR  97208 | Trustee Claim Number:15  INT %: 0.00% <br> Court Claim Number:7-2 <br><br> CLAIM: 0.00 <br> COMMENT: 108242/PL~FORBEARANCE*1578/SCH*AMD CL=71632.51 | CRED DESC:  UNSECURED  (S) <br> ACCOUNT NO.: 9453 |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH  43054-3025 | Trustee Claim Number:16  INT %: 0.00% <br> Court Claim Number:1 <br><br> CLAIM: 1,507.42 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 4618 |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH  43054-3025 | Trustee Claim Number:17  INT %: 0.00% <br> Court Claim Number:2 <br><br> CLAIM: 6,488.02 <br> COMMENT: 2171/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 0771 |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br> KIRKLAND, WA  98083-0657 | Trustee Claim Number:18  INT %: 0.00% <br> Court Claim Number:26 <br><br> CLAIM: 1,651.68 <br> COMMENT: MACYS | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 3550 |
| **FIFTH THIRD BANK** <br> ATTN CONSUMER BKRPTCY PMT DIVISION** <br> 1830 EAST PARIS SE MS#RSCB3E <br> GRAND RAPIDS, MI  49546 | Trustee Claim Number:19  INT %: 0.00% <br> Court Claim Number:3 <br><br> CLAIM: 954.98 <br> COMMENT: 6719/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 0238 |
| **KAY JEWELERS** <br> C/O JD RECEIVABLES LLC <br> PO BOX 382656 <br><br> GERMANTOWN, TN  38183 | Trustee Claim Number:20  INT %: 0.00% <br> Court Claim Number:25 <br><br> CLAIM: 723.41 <br> COMMENT: CHG OFF 9/25/2016 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 6426 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 1,799.46<br>COMMENT: 9622/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0061 |
| **MOHELA**<br>633 SPIRIT DR<br>CHESTERFIELD, MO 63005 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MECE FCU/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 90M0 |
| **NORDSTROM**<br>POB 6566<br>ENGLEWOOD, CO 80155-6565 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3905 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 0.00<br>COMMENT: 29669/PL~FORBEARANCE*9669/SCH*CL=24469.55*FR PHEAA-DOC 52*AMD | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 1627 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2016 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 1,120.40<br>COMMENT: 5927/SCH*SYNCHRONY BANK~AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1030 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 7,914.02<br>COMMENT: 6018/SCH*SYNCHRONY BANK/CLIMATE SELECT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5424 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 1,058.47<br>COMMENT: 6540*SYNCHRONY BANK~JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4808 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 6,004.65<br>COMMENT: JUDGMNT~AVD/OE*SYNCHRONY BANK~OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1478 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 1,917.62<br>COMMENT: 0266/SCH*WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2726 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **TD BANK USA NA\*\*** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:30 <br> CLAIM: 482.79 <br> COMMENT: 0132~TARGET | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9582 |
| **THE AFFILIATED GROUP++** <br> 7381 AIRPORT VIEW <br><br> ROCHESTER, NY 55902 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3018 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR** <br> C/O CARRINGTON MTG SERVICES LLC <br> PO BOX 79001 <br> PHOENIZ, AZ 85062 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number:19 <br> CLAIM: 8,018.64 <br> COMMENT: $/PL-CL\*THRU 7/17\*FR JPMORGAN CHASE-DOC 63 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 1788 |
| **JEFFREY R HUNT ESQ** <br> GRB LAW <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:34  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: TWP OF ROSS/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ** <br> GRB LAW <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA 15219 | Trustee Claim Number:35  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: N HILLS SD/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **TOWNSHIP OF ROSS (RE)** <br> C/O JORDAN TAX SVC-DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number:36  INT %: 10.00% <br> Court Claim Number:10-2 <br> CLAIM: 0.00 <br> COMMENT: 278S301\*370.71@10%/PL\*2017\*AMD CL=$0\*W/37 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: S301 |
| **TOWNSHIP OF ROSS (RE)** <br> C/O JORDAN TAX SVC-DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number:37  INT %: 0.00% <br> Court Claim Number:10-2 <br> CLAIM: 0.00 <br> COMMENT: 278S301\*37.07@0%/PL\*2017\*AMD CL=$0\*W/36 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: S301 |
| **NORTH HILLS SD (ROSS) (RE)** <br> C/O JORDAN TAX SVC- DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number:38  INT %: 10.00% <br> Court Claim Number:11-2 <br> CLAIM: 0.00 <br> COMMENT: 278S301\*2471.40@10%/PL\*2017\*AMD CL=$0\*W/39 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: S301 |
| **NORTH HILLS SD (ROSS) (RE)** <br> C/O JORDAN TAX SVC- DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number:39  INT %: 0.00% <br> Court Claim Number:11-2 <br> CLAIM: 0.00 <br> COMMENT: 278S301\*247.14@0%/PL2017\*AMD CL=$0\*W/38 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: S301 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number:40  INT %: 0.00% <br> Court Claim Number:12 <br> CLAIM: 1,095.18 <br> COMMENT: NT/SCH\*LANE BRYANT | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0024 |

| CLAIM RECORDS | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ  85282 | Trustee Claim Number:41  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  1,518.75<br>COMMENT:  NT/SCH*CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5997 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:42  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  462.91<br>COMMENT:  ACCT NT/SCH*SYNCHRONY/OLD NAVY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5918 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:43  INT %:  0.00%<br>Court Claim Number:29<br><br>CLAIM:  230.18<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9964 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br><br>HALIFAX, PA  17032 | Trustee Claim Number:44  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/AMD F*11-3-17 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0541 |
| **NELNET EDUCATION FUNDING TRUST O/B/O EC**<br>C/O ECMC (*)<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:45  INT %:  0.00%<br>Court Claim Number:31<br><br>CLAIM:  4,269.08<br>COMMENT:  NT/SCH*IN FORBEARANCE? | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  9453 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:46  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |