**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:<br><br>NICHOLAS D. SOLOSKY<br>LAUREN F. SOLOSKY<br><br>        Debtor(s)<br><br>  Ronda J. Winnecour<br><br>        Movant<br>  vs.<br><br>  WILMINGTON SAVINGS FUND SOCIETY FSB -<br>TRUSTEE QUERCUS MTG INVESTMENT TRUST<br>        Respondent(s) | Case No. 17-22757CMB<br><br>Chapter 13<br><br>Document No.____ |

**Amended** INTERIM NOTICE OF CURE OF ARREARS

      Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001 (f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

      The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 33
Court Claim Number - 19

|  |  |
|---|---|
|  | /s/   Ronda J. Winnecour |
| 3/3/2022 | RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   NICHOLAS D. SOLOSKY
   LAUREN F. SOLOSKY

              Debtor(s)

   Ronda J. Winnecour

              Movant
     vs.

   WILMINGTON SAVINGS FUND SOCIETY FSB -
TRUSTEE QUERCUS MTG INVESTMENT TRUST

          Respondent(s)

Case No.:17-22757CMB

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

> NICHOLAS D. SOLOSKY, LAUREN F. SOLOSKY, 500 STANFORD AVENUE, PITTSBURGH, PA 15229
> RUSSELL A BURDELSKI ESQ*, LAW OFFICES RUSSELL A BURDELSKI, 1020 PERRY HWY, PITTSBURGH, PA  15237
> WILMINGTON SAVINGS FUND SOCIETY FSB - TRUSTEE QUERCUS MTG INVESTMENT TRUST, C/O CARRINGTON MTG SERVICES LLC, PO BOX 79001, PHOENIZ, AZ  85062
> CARRINGTON MORTGAGE SERVICES LLC, ATTN CUSTOMER SERVICE DEPT, PO BOX 5001, WESTFIELD, IN  46074
> RANDALL S MILLER & ASSOCIATES PC, 43252 WOODWARD AVE STE 180, BLOOMFIELD HILLS, MI  48302

03/03/2022

/s/ Roberta Saunier
_____
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com