**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>NICHOLAS D. SOLOSKY<br>LAUREN F. SOLOSKY<br><br>            Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>    vs.<br>WILMINGTON SAVINGS FUND SOCIETY<br>FSB - TRUSTEE QUERCUS MTG<br>INVESTMENT TRUST++<br>           Respondents | Case No. 17-22757CMB<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    THE CREDITOR'S ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.
    NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB -<br>TRUSTEE QUERCUS MTG INVESTMENT<br>TRUST++<br>C/O CARRINGTON MTG SERVICES LLC<br>PO BOX 79001<br>PHOENIZ, AZ 85062 | Court claim# 19/Trustee CID# 5 |

The Movant further certifies that on 04/28/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc: debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
NICHOLAS D. SOLOSKY, LAUREN F. SOLOSKY, 500 STANFORD AVENUE, PITTSBURGH, PA  15229

ORIGINAL CREDITOR:
WILMINGTON SAVINGS FUND SOCIETY FSB - TRUSTEE QUERCUS MTG INVESTMENT TRUST++, C/O CARRINGTON MTG SERVICES LLC, PO BOX 79001, PHOENIZ, AZ  85062

ORIGINAL CREDITOR'S COUNSEL:
RANDALL S MILLER & ASSOCIATES PC, 43252 WOODWARD AVE STE 180, BLOOMFIELD HILLS, MI  48302

NEW CREDITOR:

DEBTOR'S COUNSEL:
RUSSELL A BURDELSKI ESQ*, LAW OFFICES RUSSELL A BURDELSKI, 1020 PERRY HWY, PITTSBURGH, PA  15237

:
CARRINGTON MORTGAGE SERVICES LLC ATTN CUSTOMER SERVICE DEPT, PO BOX 5001, WESTFIELD, IN  46074