**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Nicholas D. Solosky**
**Lauren F. Solosky**
**fka Lauren F. Lewandowski**
    Debtor(s)

Bankruptcy Case No.: 17−22757−CMB

Chapter: 13
Docket No.: 89 − 88

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/27/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

                                    Carlota M Bohm
                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-22757-CMB
Nicholas D. Solosky  Chapter 13
Lauren F. Solosky
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Apr 26, 2023      Form ID: 408v      Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas D. Solosky, Lauren F. Solosky, 500 Stanford Avenue, Pittsburgh, PA 15229-1419 |
| 14671221 | | First National Bank of PA, 41410 E. State Street, Hermitage, PA 16148 |
| 14665871 | | NORDSTROM/TD BANK, PO BOX 135801, Scottsdale, AZ 85267 |
| 14665872 | + | PA HIGHER EDUCATION/AES, PO BOX 61017, Harrisburg, PA 17106-1017 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 23:55:45 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | North Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | Township of Ross, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14665853 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 26 2023 23:49:00 | 1ST NATIONAL BANK, 4140 EAST STATE STREET, Hermitage, PA 16148-3401 |
| 14665854 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2023 23:49:00 | AES, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 14665855 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | ALLY FINANCIAL, PO BOX 380901, Minneapolis, MN 55438-0901 |
| 14665856 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:09:02 | AMERICAN EXPRESS, PO BOX 981537, El Paso, TX 79998-1537 |
| 14666908 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14727145 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:59 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14665857 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | BANK OF AMERICA, PO BOX 982238, El Paso, TX 79998-2238 |
| 14665858 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 26 2023 23:50:00 | BERKS CREDIT & COLLECTION, 900 CORPORATE DRIVE, Reading, PA 19605-3340 |
| 14704065 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

Case 17-22757-CMB    Doc 91    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Apr 26, 2023 | Form ID: 408v | Total Noticed: 60 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14665859 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:40 | CAPITAL ONE, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 14665860 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:30 | CHASE /BANK ONE CARE SERVICE, PO BOX 15298, Wilmington, DE 19850-5298 |
| 14665863 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2023 23:56:18 | CREDIT ONE BANK, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 14684094 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14707390 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2023 23:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14665864 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 26 2023 23:50:00 | DEPT OF EDUCATION, 3015 PARKER ROAD, STE 400, Aurora, CO 80014-2904 |
| 14665865 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, Wilmington, DE 19850-5316 |
| 14665866 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:50 | DSNB/MACYS, PO BOX 8218, Monroe, OH 45050 |
| 14725023 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14658240 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14728467 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14808340 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2023 23:50:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14665867 | | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 26 2023 23:50:00 | FIFTH THIRD BANK, 5050 KINGSLEY DR, MD #1MOC2G, Cincinnati, OH 45263 |
| 14664914 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 26 2023 23:49:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14724306 | | Email/Text: jefdun@gmail.com | Apr 26 2023 23:49:00 | JD Receivables LLC, Agent for KAY JEWELERS, PO Box 382656, Germantown, TN 38183 |
| 14654306 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:32 | CHASE BANK, PO BOX 15548, Wilmington, DE 19886 |
| 14665862 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:16 | CHASE CORPORATION, PO BOX 24696, Columbus, OH 43224 |
| 14711456 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:31 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14665868 | + | Email/Text: BKRMailOPS@weltman.com | Apr 26 2023 23:49:00 | KAY JEWELERS, 375 GHENT ROAD, Akron, OH 44333-4600 |
| 14710774 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:07 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14665869 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2023 23:55:29 | MERRICK BANK, PO BOX 1500, Draper, UT 84020-1127 |
| 14707957 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2023 23:56:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14720697 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14665870 | | Email/Text: EBN@Mohela.com | Apr 26 2023 23:49:00 | MOHELA/MECE CU, 633 SPIRIT DRIVE, Chesterfield, MO 63005 |
| 14830883 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2023 23:50:00 | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14690557 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | North Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15318912 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 26 2023 23:50:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14671087 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2023 23:49:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14665873 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:49:00 | PNC, PO BOX 3180, Pittsburgh, PA 15230 |
| 14701891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14654895 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:55:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14665874 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:39 | SYNCB/AMAZONPLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 14665875 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:33 | SYNCB/HOME DESIGN HVAC, PO BOX 965036, Orlando, FL 32896-5036 |
| 14665876 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:40 | SYNCB/JC PENNEY, PO BOX 965007, Orlando, FL 32896-5007 |
| 14665877 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:19 | SYNCB/OLD NAVY, PO BOX 965005, Orlando, FL 32896-5005 |
| 14665878 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:19 | SYNCB/WALMART, PO BOX 965024, Orlando, FL 32896-5024 |
| 14735283 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:50:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14665879 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:49:00 | TD BANK/TARGET, NCC-0240, PO BOX 1470, Minneapolis, MN 55440-1470 |
| 14665880 | + | Email/Text: csrmn@thecmigroup.com | Apr 26 2023 23:50:00 | THE AFFILIATED GROUP, 7381 AIRPORT DRIVE SW, Rochester, MN 55902-1847 |
| 14690556 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | Township of Ross, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14673755 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 26 2023 23:50:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14737301 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 26 2023 23:50:00 | UPMC, 2 Hot Metal St., Dist. Rmoom 386, Pittsburgh, PA 15203-2348 |
| 14731680 | ^ | MEBN | Apr 26 2023 23:50:32 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15181536 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2023 23:49:00 | Wilmington Savings Fund Society, FSB, etal, c/o Carrington Mortgage Services, LLC, Attn: Customer Service Dept., 1600 S. Douglas Road, Suite 200-A, Anaheim, CA 92806-5948 |

TOTAL: 56

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 408v | Total Noticed: 60 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14808737 | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14665861 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE BANK, PO BOX 15548, Wilmington, DE 19886 |
| 14678106 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Ross jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor North Hills School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Joint Debtor Lauren F. Solosky Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST Russ@BurdelskiLaw.com, russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Debtor Nicholas D. Solosky Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |

TOTAL: 10