**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NICHOLAS D. SOLOSKY<br>LAUREN F. SOLOSKY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:17-22757<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/05/2017 and confirmed on 9/7/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 160,460.20 |
| Less Refunds to Debtor | 7,480.28 | |
| TOTAL AMOUNT OF PLAN FUND | | 152,979.92 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,973.63 | |
|   Trustee Fee | 7,199.83 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,173.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 84,872.35 | 0.00 | 84,872.35 |
|     Acct: 1788 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 8,018.64 | 8,018.64 | 0.00 | 8,018.64 |
|     Acct: 1788 | | | | |
|   ROSS TOWNSHIP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S301 | | | | |
|   ROSS TOWNSHIP (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S301 | | | | |
|   NORTH HILLS SD (ROSS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S301 | | | | |
|   NORTH HILLS SD (ROSS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S301 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 21,520.55 | 21,520.55 | 2,888.48 | 24,409.03 |
|     Acct: 8231 | | | | |
|   ALLY BANK(*) | 17,253.37 | 17,253.37 | 2,179.41 | 19,432.78 |
|     Acct: 0775 | | | | |
| | | | | 136,732.80 |
| **Priority** | | | | |
|   RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS D. SOLOSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICHOLAS D. SOLOSKY | 7,480.28 | 7,480.28 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSSELL A BURDELSKI ESQ* | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSSELL A BURDELSKI ESQ* | 1,973.63 | 1,973.63 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX1-17 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 9964 | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9453 | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1627 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 456.85 | 39.19 | 0.00 | 39.19 |
| Acct: 9964 | | | | |
|   AMERICAN EXPRESS BANK FSB | 4,031.59 | 345.87 | 0.00 | 345.87 |
| Acct: 1000 | | | | |
|   BANK OF AMERICA NA** | 719.87 | 61.76 | 0.00 | 61.76 |
| Acct: 6989 | | | | |
|   BANK OF AMERICA NA** | 4,102.96 | 351.99 | 0.00 | 351.99 |
| Acct: 9232 | | | | |
|   BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9419 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,521.72 | 216.34 | 0.00 | 216.34 |
| Acct: 1021 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6348 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 721.05 | 61.86 | 0.00 | 61.86 |
| Acct: 0956 | | | | |
|   DISCOVER BANK(*) | 1,507.42 | 129.32 | 0.00 | 129.32 |
| Acct: 4618 | | | | |
|   DISCOVER BANK(*) | 6,488.02 | 556.61 | 0.00 | 556.61 |
| Acct: 0771 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 1,651.68 | 141.70 | 0.00 | 141.70 |
| Acct: 3550 | | | | |
|   FIFTH THIRD BANK | 954.98 | 81.93 | 0.00 | 81.93 |
| Acct: 0238 | | | | |
|   KAY JEWELERS | 723.41 | 62.06 | 0.00 | 62.06 |
| Acct: 6426 | | | | |
|   MERRICK BANK | 1,799.46 | 154.38 | 0.00 | 154.38 |
| Acct: 0061 | | | | |
|   MOHELA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 90M0 | | | | |
|   NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3905 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2016 | | | | |
|   MIDLAND FUNDING LLC | 1,120.40 | 96.12 | 0.00 | 96.12 |
| Acct: 1030 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 7,914.02 | 678.94 | 0.00 | 678.94 |
| Acct: 5424 | | | | |
|   MIDLAND FUNDING LLC | 1,058.47 | 90.81 | 0.00 | 90.81 |
| Acct: 4808 | | | | |
|   MIDLAND FUNDING LLC | 6,004.65 | 515.14 | 0.00 | 515.14 |
| Acct: 1478 | | | | |
|   MIDLAND FUNDING LLC | 1,917.62 | 164.51 | 0.00 | 164.51 |
| Acct: 2726 | | | | |
|   TD BANK USA NA** | 482.79 | 41.42 | 0.00 | 41.42 |
| Acct: 9582 | | | | |
|   THE AFFILIATED GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3018 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,095.18 | 93.96 | 0.00 | 93.96 |
| Acct: 0024 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 1,518.75 | 130.29 | 0.00 | 130.29 |
| Acct: 5997 | | | | |
|   MIDLAND FUNDING LLC | 462.91 | 39.71 | 0.00 | 39.71 |

17-22757                                                                                                          Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5918 | | | | |
| | UPMC PHYSICIAN SERVICES | 230.18 | 19.75 | 0.00 | 19.75 |
| | Acct: 9964 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0541 | | | | |
| | NELNET EDUCATION FUNDING TRUST O/ | 4,269.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 9453 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1030 | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 4,073.66 |

TOTAL PAID TO CREDITORS                                                                                   140,806.46

TOTAL CLAIMED
PRIORITY            0.00
SECURED        46,792.56
UNSECURED      51,753.06

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   NICHOLAS D. SOLOSKY
   LAUREN F. SOLOSKY
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:17-22757

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22757-CMB |
| Nicholas D. Solosky | Chapter 13 |
| Lauren F. Solosky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas D. Solosky, Lauren F. Solosky, 500 Stanford Avenue, Pittsburgh, PA 15229-1419 |
| 14671221 | | First National Bank of PA, 41410 E. State Street, Hermitage, PA 16148 |
| 14665871 | | NORDSTROM/TD BANK, PO BOX 135801, Scottsdale, AZ 85267 |
| 14665872 | + | PA HIGHER EDUCATION/AES, PO BOX 61017, Harrisburg, PA 17106-1017 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 26 2023 23:55:47 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | North Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | Township of Ross, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14665853 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 26 2023 23:49:00 | 1ST NATIONAL BANK, 4140 EAST STATE STREET, Hermitage, PA 16148-3401 |
| 14665854 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2023 23:49:00 | AES, PO BOX 61047, Harrisburg, PA 17106-1047 |
| 14665855 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | ALLY FINANCIAL, PO BOX 380901, Minneapolis, MN 55438-0901 |
| 14665856 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:19 | AMERICAN EXPRESS, PO BOX 981537, El Paso, TX 79998-1537 |
| 14666908 | | Email/Text: ally@ebn.phinsolutions.com | Apr 26 2023 23:49:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14727145 | | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 23:56:26 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14665857 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | BANK OF AMERICA, PO BOX 982238, El Paso, TX 79998-2238 |
| 14665858 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 26 2023 23:50:00 | BERKS CREDIT & COLLECTION, 900 CORPORATE DRIVE, Reading, PA 19605-3340 |
| 14704065 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 26 2023 23:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

Case 17-22757-CMB   Doc 92   Filed 04/28/23   Entered 04/29/23 00:29:59   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 60 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14665859 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:56:32 | CAPITAL ONE, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 14665860 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:15 | CHASE /BANK ONE CARE SERVICE, PO BOX 15298, Wilmington, DE 19850-5298 |
| 14665863 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 26 2023 23:55:41 | CREDIT ONE BANK, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 14684094 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 26 2023 23:55:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14707390 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2023 23:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14665864 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 26 2023 23:50:00 | DEPT OF EDUCATION, 3015 PARKER ROAD, STE 400, Aurora, CO 80014-2904 |
| 14665865 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, Wilmington, DE 19850-5316 |
| 14665866 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:50 | DSNB/MACYS, PO BOX 8218, Monroe, OH 45050 |
| 14725023 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14658240 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14728467 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2023 23:50:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14808340 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2023 23:50:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14665867 | | Email/Text: collectionbankruptcies.bancorp@53.com | Apr 26 2023 23:50:00 | FIFTH THIRD BANK, 5050 KINGSLEY DR, MD #1MOC2G, Cincinnati, OH 45263 |
| 14664914 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 26 2023 23:49:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14724306 | | Email/Text: jefdun@gmail.com | Apr 26 2023 23:49:00 | JD Receivables LLC, Agent for KAY JEWELERS, PO Box 382656, Germantown, TN 38183 |
| 14654306 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:55:32 | CHASE BANK, PO BOX 15548, Wilmington, DE 19886 |
| 14665862 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:15 | CHASE CORPORATION, PO BOX 24696, Columbus, OH 43224 |
| 14711456 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 26 2023 23:56:31 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14665868 | + | Email/Text: BKRMailOPS@weltman.com | Apr 26 2023 23:49:00 | KAY JEWELERS, 375 GHENT ROAD, Akron, OH 44333-4600 |
| 14710774 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:06 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14665869 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2023 23:56:14 | MERRICK BANK, PO BOX 1500, Draper, UT 84020-1127 |
| 14707957 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 26 2023 23:55:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14720697 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2023 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 14665870 | | Email/Text: EBN@Mohela.com | Apr 26 2023 23:49:00 | MOHELA/MECE CU, 633 SPIRIT DRIVE, Chesterfield, MO 63005 |
| 14830883 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2023 23:50:00 | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14690557 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | North Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15318912 | | Email/Text: peritus@ebn.phinsolutions.com | Apr 26 2023 23:50:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14671087 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2023 23:49:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14665873 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2023 23:49:00 | PNC, PO BOX 3180, Pittsburgh, PA 15230 |
| 14701891 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14654895 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14665874 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:40 | SYNCB/AMAZONPLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 14665875 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:56:17 | SYNCB/HOME DESIGN HVAC, PO BOX 965036, Orlando, FL 32896-5036 |
| 14665876 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:39 | SYNCB/JC PENNEY, PO BOX 965007, Orlando, FL 32896-5007 |
| 14665877 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:41 | SYNCB/OLD NAVY, PO BOX 965005, Orlando, FL 32896-5005 |
| 14665878 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:39 | SYNCB/WALMART, PO BOX 965024, Orlando, FL 32896-5024 |
| 14735283 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:50:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14665879 | + | Email/Text: bncmail@w-legal.com | Apr 26 2023 23:49:00 | TD BANK/TARGET, NCC-0240, PO BOX 1470, Minneapolis, MN 55440-1470 |
| 14665880 | + | Email/Text: csrmn@thecmigroup.com | Apr 26 2023 23:50:00 | THE AFFILIATED GROUP, 7381 AIRPORT DRIVE SW, Rochester, MN 55902-1847 |
| 14690556 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2023 23:49:00 | Township of Ross, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14673755 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 26 2023 23:50:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14737301 | + | Email/Text: BankruptcyNotice@upmc.edu | Apr 26 2023 23:50:00 | UPMC, 2 Hot Metal St., Dist. Rmoom 386, Pittsburgh, PA 15203-2348 |
| 14731680 | ^ | MEBN | Apr 26 2023 23:50:34 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15181536 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2023 23:49:00 | Wilmington Savings Fund Society, FSB, etal, c/o Carrington Mortgage Services, LLC, Attn: Customer Service Dept., 1600 S. Douglas Road, Suite 200-A, Anaheim, CA 92806-5948 |

TOTAL: 56

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 60 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14808737 | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14665861 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE BANK, PO BOX 15548, Wilmington, DE 19886 |
| 14678106 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Ross jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor North Hills School District jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Joint Debtor Lauren F. Solosky Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF QUERCUS MORTGAGE INVESTMENT TRUST Russ@BurdelskiLaw.com, russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Debtor Nicholas D. Solosky Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |

TOTAL: 10